**Exhibit A to the Complaint**

**Location:** Jersey City, NJ  **IP Address:** 100.35.223.217
**Total Works Infringed:** 57  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB  File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 10/02/2020 18:33:33 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 2 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C  File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 10/02/2020 18:26:06 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 3 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316  File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09/21/2020 15:37:16 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 4 | Info Hash: B630489F04C8118DAEF61613C751E2E19BBBB8C8  File Hash: D8F5BE738C8979DC16D9A78820012F51BDCE2DF93D380204B066178E4FE736E3 | 09/17/2020 15:43:43 | Tushy | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 5 | Info Hash: 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41  File Hash: C174C68A5F6AC1C57DE386D4355E2BD4262DC21312FB9FB8D1B5EC6644FC2B7E | 09/17/2020 15:18:28 | Vixen | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 6 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96  File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 09/17/2020 15:16:09 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 7 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E  File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 09/17/2020 04:22:27 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 8 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667  File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 09/17/2020 04:18:44 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 02313BB63706562C40AAF408F9862AC7619CDCE4<br>File Hash: 3E4ADDF5C66B609889F6992061B8B215A588FFC675C210D003D961B7CF317278 | 09/16/2020 15:28:31 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 10 | Info Hash: 81E555C6FF2380F80E2121E94A5B05C347608F4E<br>File Hash: 6621F2F8BA3B7ECC7F041B7B624B63210959A41615363561D1EC49D1EFEFEE6E | 09/08/2020 13:49:06 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 11 | Info Hash: 057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash: E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 08/23/2020 22:20:40 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 12 | Info Hash: F8BEA2187EB8AC4D9D102095C2A9C332FFDAC5CF<br>File Hash: 665F883B02F64EAB71844D54138F85F3010D84DEAEC3AAD7FAAACE346EECEB50 | 08/17/2020 15:33:56 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 13 | Info Hash: 066D4601A678FEF2B6A07269E7832C736231DCE9<br>File Hash: 0EBC2D447D4E629B8438541739785EAF02A0E6CF370FF3F7D0BCDC7A5472F378 | 08/16/2020 16:53:25 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 14 | Info Hash: 1D9FF6F075BEF79FAFEEEEC09BB7B0837C36B977<br>File Hash: E828175113A643F802D7B205E5C35D0997F17837871D1D1EF19C822587BEA4A4 | 07/28/2020 13:28:56 | Blacked Raw | 07/27/2020 | 08/11/2020 | PA0002252262 |
| 15 | Info Hash: 6E586B4657DEDCFEF85F11B4735EC5F3BE17B0B3<br>File Hash: BCB793B299B4BE45EA14C8F4901A98B4DB9B60C2ED899054FC6C19204ED3AB99 | 07/20/2020 21:21:24 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 16 | Info Hash: B705494A12DFACBD15BC7C0D1130A409D4066B0A<br>File Hash: B4E0B5D9AAEC093E493F239356663256B651CAE002FD12F59DAF88E8D58445AB | 07/19/2020 21:07:32 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 17 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07/07/2020 20:59:58 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 54289C1E4BF84AA63DD528CF4893F996FD486DB7<br>File Hash: 3B6A20A94A8E0046CAFD93161CD14050540908FC37982055B8C10B9AA9BD80D1 | 07/07/2020 20:54:55 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 19 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 06/29/2020 04:43:05 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 20 | Info Hash: 18FDC4ACB531B90D57B9EEE2C94D467BBC34FE90<br>File Hash: 4A9B445CA2280628DE94904F70B3744A018FAFE55144119617E53AA81A1B5DDE | 06/29/2020 04:40:16 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 21 | Info Hash: 985D932BDDCD6F837E561F19A74FB77BF21F931F<br>File Hash: 2A325053F12FE4E5DA11BEF998D4F8B31FDD86C50F23F5582752257C9D973553 | 06/24/2020 13:14:47 | Vixen | 06/19/2020 | 06/25/2020 | PA0002256361 |
| 22 | Info Hash: 6146ACD481B069D33C0497823A8126115A05BACC<br>File Hash: 23D0F7B0CDCCB3F445FFC4ABF6B7C7700163C6DE4634AB7710677E97CD22AE96 | 06/22/2020 14:42:15 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 23 | Info Hash: BA30B53822ED234D66D8970D2A9644206D2575B6<br>File Hash: A08512E14D1F5C943AC430F8904BF348C18A546FBC52FE1B6A36D22A6D04A3D8 | 06/22/2020 14:34:48 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 24 | Info Hash: 93AC77760BE262244F8C30B7A064ACFD0E95E6CE<br>File Hash: FBAE5708BFF78E82C93645127539E317BF61BF277C83A6EFE162EE772C4C01B9 | 06/16/2020 15:01:59 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 25 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06/08/2020 19:44:09 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 26 | Info Hash: 4948F4764E4C9D1145D4D903EF84CE7BFFB38CD8<br>File Hash: E838361C604EFEA1F8EA93E3ECE3229FD0A9B357339C39D36CA720110098166B | 06/08/2020 19:34:51 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 06/01/2020 15:17:32 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 28 | Info Hash: BBA0DBE4481F7041DE4C68862EAA0B23F3288AF8<br>File Hash: 91449A88E3080ECAE78FC71112A0882A3119E4D9BD129D2A4B1620764C4BED39 | 05/29/2020 21:35:29 | Vixen | 05/29/2020 | 06/16/2020 | PA0002253260 |
| 29 | Info Hash: 4218B961D29C31239ED69A0F7FA40164D32E4289<br>File Hash: 2B06F52E0DDA0AA7FC3F5B6E253187C6D4EA477085C000A74A4600ECEC814AE2 | 05/26/2020 02:53:13 | Tushy | 05/24/2020 | 06/16/2020 | PA0002253262 |
| 30 | Info Hash: 80E9CAC1E720AB9582E62C20E8848A8818DDA639<br>File Hash: 22B57247E454AB8E9E32855D24EA11EA890D5C0A7616185A171EDEE44281AAF0 | 05/26/2020 02:53:10 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 31 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 05/23/2020 13:58:16 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 32 | Info Hash: 96127ED926E5751F78E60FF117D75F59E918CF27<br>File Hash: 3313A2993842C3CF965B06B55DFCB0348C061AE23EE7F1B73DFA0DD56BC67635 | 05/20/2020 06:13:36 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 33 | Info Hash: D8CC6A6F0DF7DE99DDC5578221F7EC1AD4AC5EEF<br>File Hash: 65AE39881C3A823068E1F574C4C80C562AEB52A9CF86F284D76BD8B8B2B19C5A | 05/18/2020 15:42:17 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 34 | Info Hash: 2FFAD70F46B40DFC5128CDEBE53FF3E80BC488C5<br>File Hash: C2DA1441BB3B741240DA910B7314776FD643CAADD36F1E782F36E54F79689C53 | 05/15/2020 21:21:53 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 35 | Info Hash: 4A07E30142B8E5F0683590678F6B3E1B7F9FD7B1<br>File Hash: DAEB04B37FDAB29D0A6E41E4F07B279B1BB9F9E047A5CA86A1CE68CDCF309446 | 05/10/2020 07:20:43 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 07EFF136CA2B52EAC1DEA2FC2681807F55168819<br>File Hash: 70EE07188744706B2FF4109434A6D34023BDC09A290E71F897306F11B225116F | 05/03/2020 08:01:34 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 37 | Info Hash: 08A41F7A327E6D515D72226A6677C858F98FB25F<br>File Hash: 94B8223AA557DEFD6FA162762B73E7069D5F9FE52E48360D2748E102A4AB4418 | 04/28/2020 09:39:58 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 38 | Info Hash: 606D34889F01208A5CF6D224637047D318EAFE8F<br>File Hash: 0E65C2ABB94426A7D99F6788580DBF7DC857F4095B98ACF03795BC52D7CC5B62 | 04/28/2020 08:53:01 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 39 | Info Hash: 82F0EDE150E947ED87012A1D0AF7A0050F7166CF<br>File Hash: C8B6A9FFD865EC0101EDB0E068E4A92BC477E62BC404553DADC97796D1950491 | 04/24/2020 21:39:08 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 40 | Info Hash: 4996D6270912AFA83C3A542C578E0B0867091452<br>File Hash: 769CB9324C240697A7A92895FBF301B85C97492CB5EAFB6628EB900413A25635 | 04/24/2020 21:38:33 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 41 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04/05/2020 02:18:34 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 42 | Info Hash: BAA55CC2BD7D2BD91189DC26C3FD53F898AE653A<br>File Hash: 98CCD0C90F6498F351958A48B4A4E0FD5219A7C916DDB4DF07F182ED22822A6C | 03/27/2020 20:36:43 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 43 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 03/24/2020 02:26:09 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 44 | Info Hash: 9D0350FC373B64D6D0AC93B32B0EB27DFDFFF99C<br>File Hash: A961477028365DD569350F553B0D72CEBCE98AA4B1D36B164BD9FA1CC33D9CE5 | 03/19/2020 07:52:11 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 4027AF1421AE2D9BED00B53E01979BB89ADD9B1E<br>File Hash: 90AB2E788BB710259D4A9DCFD9E2C65C0643D86AC847DAFA0BFED4550E27D3A6 | 03/19/2020 07:49:32 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 46 | Info Hash: 350311E73D4EE6BFDE15D9BD6CD35135606D5307<br>File Hash: 80E33E13017707F58D46F1BB0AC7004EC93DC0DE2D8B85D2A3782BA3CBED6D1D | 03/15/2020 17:09:50 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 47 | Info Hash: 23E43B228B65931383298585524686EC8A3D27DD<br>File Hash: 8EC1A7B7BA789A2BED239919D106408CFD244CD0050F7E3832677F2401FB879C | 03/13/2020 06:52:04 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 48 | Info Hash: 2CD6CA8C73AB1C2C63B73F55AA87EB05671138BE<br>File Hash: 3D47FAA2CBC2FA1E526449FF1052A591537917F382A839C684EE8616977CEC05 | 03/11/2020 12:30:27 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 49 | Info Hash: 915E67F728B3E924E28B40743321B2F1C9850FCE<br>File Hash: 7AEF308DB4A0E84D1537F4A6FC2924AF51BEF18725BA1E6BABD46CFA34C28050 | 03/09/2020 04:45:27 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 50 | Info Hash: 2660D97EEDD9B4BFD6281A8343C63CA1EB41A45A<br>File Hash: 1E485D92370F0A47A260B4411DF0A610D35D414CC2C33B46D1DC8C4046FEC5EB | 01/22/2020 08:20:20 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 51 | Info Hash: F70A608080EE69C5B9D8441C04342D089F1A8C1E<br>File Hash: B63EE77DA3835713F6183CA52EB03E35D955AFD6C771DD869F3A6921953BB5AC | 01/18/2020 19:41:35 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 52 | Info Hash: 777088FD9D97AC7C49A2CC0CDBB6EAC8C0C7FC84<br>File Hash: 37C1FD42C5D8BACA7529DB15C5A4BD4A5FC8EF656DA2416EBC9252137881C26E | 01/11/2020 20:34:47 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |
| 53 | Info Hash: 86B1C8A7FDEE618CD10DE947ED507CA54BC4F149<br>File Hash: 532699269D5BDEA165CC77048507F0256DA013FE36322A4CA4AFA99743D7692A | 12/28/2019 19:42:55 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D<br>File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 12/23/2019 20:33:16 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 55 | Info Hash: 578EC8518C00D09644CD458FE9C13E61E40D451F<br>File Hash: E0F29A664F2E4BB70B01D0886D5B1009A329D50F0048C47EE3125B844FDEB5CE | 11/27/2019 20:30:44 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 56 | Info Hash: 5E4B6B2EFD11D0A445C9E1903D5597A69982F028<br>File Hash: 51F156E5609D6292394FB49896CE873A2AA8C3836AF3AF3AECF65274BCFFE9DA | 11/27/2019 20:30:30 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 57 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 11/27/2019 20:30:10 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |